# Unclaimed Funds

Entered 4/4/2014 to 4/4/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---:|---|
| 08-15220 -fjb 16612027 | Joseph Sumner C/O Patrick Jones, Esq. Cooley Manion Jones LLP 21 Custom House Boston, MA 02110 02110 | 1,164.83 | 04/04/2014 |
| 08-15338 -fjb 19247540 | LASALLE BANK NATIONAL ASSOC P.O. BOX 620555 INDIANAPOLIS, IN 46262-0555 46262-0555 | 1,108.01 | 04/04/2014 |
| 08-16635 -fjb 16672121 | MRC Receivables Corp C/O Zwicker & Associates PC 800 Federal Street Andover, MA 01810 01810 | 1,145.30 | 04/04/2014 |
| 08-16832 -wch 16675660 | Direct Energy Business f/k/a Strategic Energy Collections Two Gateway Center Pittsburg, PA 15222 | 25.94 | 04/04/2014 |
| 08-17856 -wch 19247541 | COLONIAL GAS 52 SECOND AVE WALTHAM, MA 02451 02451 | 78.72 | 04/04/2014 |
| 10-17131 -wch 17621197 | Lahey Clinic Hospital P O Box 981001 Boston, MA 02298 02298 | 16.13 | 04/04/2014 |
| 10-17358 -fjb 17630290 | CitiMortgage, Inc. PO Box 689196 Des Moines, IA 50368 50368 | 123.27 | 04/04/2014 |
|  |  | 732.44 | 04/04/2014 |

| | | | |
|---|---|---|---|
| 10-17368 -fjb<br>17638111 | CitiFinancial Services, Inc.<br>1223 Hancock Street<br>Quincy, MA 02169<br>02169 | | |
| 10-18190 -wch<br>17663251 | Horizon Beverage<br>80 Stockwell Drive<br>Avon, MA 02322<br>02322 | 12.92 | 04/04/2014 |
| 10-18922 -wch<br>17688077 | Toyota Motor Credit<br>1500 W Park Dr<br>Westborough, MA 01581<br>01581 | 0.06 | 04/04/2014 |
| 10-22427 -jnf<br>17818022 | Washington Mutual Fa<br>Po Box 1093<br>Northridge, CA 91328<br>91328 | 2,000.00 | 04/04/2014 |
| 11-18644 -fjb<br>19247538 | GRACE HAMMONDS<br>1200 SALEM ST. #186<br>LYNNFIELD, MA 01940<br>01940 | 29,306.55 | 04/04/2014 |

**Grand Total: 35,714.17**